<u>PLANTIFF RE-FILE OF DOCUMENTS/PAYMENT</u>

<u>CASE NAME:</u>    HENDERSON (PS) V. USP FLORENCE

<u>CASE NUMBER:</u>    1:25-CV-00401-RTG

<u>ENTERED:</u>  2/6/2025 @ 2:23 PM

THIS IS A RE-FILE OF THE ABOVE MENTIONED CASE, AS I DID NOT RECEIVE NOTICE OF "REQUEST TO PROCEED WITHOUT PAYMENT" BEING DENIED, IN ORDER TO PAY ON TIME.

CHRISTOPHER C. HENDERSON #56739-177

VICTORVILLE MEDIUM 1

PO BOX 3725

ADELANTO, CA. 92301

CHRISTOPHER CARL HENDERSON
FULL NAME

COMMITTED NAME (if different)

VICTORVILLE MEDIUM 1    PO BOX 3725
FULL ADDRESS INCLUDING NAME OF INSTITUTION

ADELANTO, CA. 92301

# 56739·177
PRISON NUMBER (if applicable)

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**MAR 18 2025**

JEFFREY P. COLWELL
CLERK

## UNITED STATES DISTRICT COURT

CHRISTOPHER C. HENDERSON

PLAINTIFF,

v.

USP FLORENCE ET. AL

DEFENDANT(S).

CASE NUMBER

_To be supplied by the Clerk_

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** _(Check one)_
☐ 42 U.S.C. § 1983
☑ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes  ☑ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a.  Parties to this previous lawsuit:

Plaintiff _____

_____

Defendants _____

_____

b.  Court _____

c.  Docket or case number _____

d.  Name of judge to whom case was assigned _____

e.  Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____

f.  Issues raised: _____

_____

_____

g.  Approximate date of filing lawsuit: _____

h.  Approximate date of disposition _____

## B.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

1.  Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☑ Yes   ☐ No

2.  Have you filed a grievance concerning the facts relating to your current complaint? ☑ Yes   ☐ No

If your answer is no, explain why not _____

_____

3.  Is the grievance procedure completed? ☐ Yes   ☑ No

If your answer is no, explain why not  PROCESS WAS HINDERED, COUNSELOR WOULD NOT GIVE FORMS TO COMPLETE, STARTED OVER @ USP VICTORVILLE  REMEDY #1204881

4.  Please attach copies of papers related to the grievance procedure.

## C.  JURISDICTION

This complaint alleges that the civil rights of plaintiff  CHRISTOPHER  HENDERSON
(print plaintiff's name)

who presently resides at  VICTORVILLE  MEDIUM 1   PO BOX 3725,  ADELANTO, CA. 92301
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

USP FLORENCE  5880  STATE  HIGHWAY 67 S. FLORENCE, CO. 81226
(institution/city where violation occurred)

on (date or dates) _AUGUST   2023_____, _____, _____.
                        (Claim I)              (Claim II)            (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant _____CHRISTENSEN_____ resides or works at
             (full name of first defendant)

   _USP FLORENCE   5880 STATE HIGHWAY 67 S   FLORENCE, CO. 81226_
   (full address of first defendant)

   _COUNSELOR_
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☑ official capacity.

   Explain how this defendant was acting under color of law:

   AS AN OFFICER, ASSIGNED A PRISONER ON A DIFFERENT STATUS THAN ADMINISTRATIVE DETENTION (D.S. STATUS),
   THE PRISONER ON DETENTION STATUS VIOLENTLY ASSAULTED ME IN MY SLEEP.

2. Defendant _____JOHN  McGOUGH_____ resides or works at
             (full name of first defendant)

   _USP FLORENCE   5880 STATE HIGHWAY 67 S   FLORENCE, CO. 81226_
   (full address of first defendant)

   _PROVIDER_
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☑ official capacity.

   Explain how this defendant was acting under color of law:

   AS A HEALTH SERVICE PROVIDER, NEVER STOPPED IN SHU ROUNDS, AND DON'T RECALL AN ENCOUNTER WITH, REPORTS
   SHOW FALSIFIED DOCUMENTATIONS.

3. Defendant _____MORROW_____ resides or works at
             (full name of first defendant)

   _USP FLORENCE   5880 STATE HIGHWAY 67 S   FLORENCE, CO. 81226_
   (full address of first defendant)

   _MED. TECH_
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☑ official capacity.

   Explain how this defendant was acting under color of law:

   INCONSISTENT WITH ENSURE DAILY AMOUNT, AND WENT AS FAR AS TO SAY MY DAILY AMOUNT HAS BEEN
   REDUCED, THEN APOLOGIZES FOR BEING TO LAZY TO CARRY ENSURES.

4. Defendant ___ROBERTS_____ resides or works at
   (full name of first defendant)

   __USP FLORENCE   5880 STATE HIGHWAY 67 S   FLORENCE, CO. 81226__
   (full address of first defendant)

   __DENTIST_____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☑ official capacity.

   Explain how this defendant was acting under color of law:

   __AS  FBOP EMPLOYED DENTIST, PROLONGED FIXING DAMAGED NERVE, AS WELL AS BROKEN TEETH, BECAUSE I__

   __WASN'T DUE FOR, SHU YEARLY CHECK UP, CAUSING NERVES TO EVENTUALLY DIE__

5. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

---

**CIVIL RIGHTS COMPLAINT**

CV-66 (7/97)

## D. CLAIMS*

### CLAIM I

The following civil right has been violated:

CRUEL AND UNUSUAL PUNISHMENT THROUGH DELIBERATE INDIFFERENCES TO HEALTH CARE.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

DECEMBER 14, 2022, I WAS ASSIGNED TO SHU UNDER INVESTIGATION (A.D. STATUS). COUNSELOR CHRISTENSEN ASSIGNED A PRISONER ON A DIFFERENT STATUS THAN ADMINISTRATIVE DETENTION (D.S. STATUS), IN JULY OF 2023. ON AUGUST 13, 2023 AROUND 7:30 AM, THE PRISONER ON DETENTION STATUS VIOLENTLY ASSAULTED ME IN MY SLEEP. CAUSING: 3 DAY HOSPITALIZATION, BROKEN JAW IN 2 PLACES, TONGUE LACERATION, 4 DAMAGED TEETH, 12 SCREWS WITH MOUTH WIRED SHUT, 3 STITCHES IN CHIN AND TONGUE, HELD IN DIRTY SHU HOLDING CELL FOR 4 DAYS WITH NO SHOWER, DUE TO NO INFIRMARY AS INSTRUCTED BY HOSPITAL. SHU HOLDING CELL; URINE, FECES AND BLOOD COVER WALL, FLOORS, AND TOILET, UNCONTROLLABLE AMOUNTS OF FLIES, NO CLEANING SUPPLIES AND DENIED TO BE MOVED. AFTER RETURNING FROM PENROSE HOSPITAL @ 8 PM, NO MEDICAL STAFF AND NO MEDICAL ATTENTION FIRST 3 WEEKS. PROVIDER JOHN McGOUGH, REPORTS OF ENCOUNTER ON AUGUST 16, NOVEMBER 21 AND 22 ARE INCONSISTENT, BECAUSE I NEVER HAD AN ENCOUNTER WITH, MAKING FALSIFIED DOCUMENTS. MEDICAL TECH MORROW CONSISTENTLY SHORTED MY DAILY ENSURE AMOUNT FOR LIQUID DIET, AND GOES AS FAR TO SAY, SHE APOLOGIZES AND FEELS BAD FOR BEING LAZY AND DIDN'T WANT TO CARRY THE ENSURES. DENTIST- ROBERTS, PROLONGED FIXING NERVE DAMAGE AND OTHER BROKEN TEETH CAUSED BY THE ASSAULT, BECAUSE I WASN'T DUE FOR MY, SHU YEARLY EXAM. DUE TO THE OMMISSION OF THE COMPLETION OF THE PROCEDURE, THAT WARRANTED THE MEDICAL HOLD. I WAS TRANSFERRED BEFORE DENTAL PROCEDURE COMPLETED, CAUSING NERVES IN TEETH TO DIE

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

7 months after injury, USP Victorville Dental had to extract, due to being to late to save nerve.

Still having to struggle at USP Victorville for the medical care doctor ordered. December 2024

and procedure still not complete, due to 3 more teeth needing fillings, hindering eating,

drinking or touch of objects, such as toothbrush or floss. Mouth still painful to open,

chew, and certain temperate liquids, feeling unhuman, but battling to be.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

To have my mouth properly attended to for completion, and the $1,000,000.00 for the deliberate indifferences, or possibly more than asking, but what is equitably just.

_____    For: C. [signature]
(Date)                           (Signature of Plaintiff)

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse.) Number, Street, City, State and Zip code. |
|---|---|
| NORTH CENTRAL REGIONAL OFFICE <br> 400 State Avenue <br> TOWER II, SUITE 800 <br> KANSAS City, KANSAS <66101> | CHRISTOPHER C. HENDERSON #56739-177 <br> P.O BOX 474701 <br> Des Moines, Iowa 50947 <br> C/O Christopher Henderson <br> 13777 Air Expressway Boulevard <br> Victorville, California <92394> |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☑ CIVILIAN | MARCH 23, 1987 | Married | August 13, 2023 | Around 7.30 AM |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary). I was Assigned To SHU under Investigation <A.D Status\Genesis > Since December 14, 2022. Counselor Christensen Assigned A Different Status Than Administrative Detention <D.S Status>. On August 13, 2023 Around 7.30 AM The Prisoner On Detention Status Violently Assaulted Me In My Sleep. Causeing, 3 Day Hospitalization, Broken Jaw In 2 Places, Tongue Laceration, 4 Damaged Teeth, 12 Screws With Mouth Wired Shut, 3 Stitches In Chin & Tongue. Held In Dirty SHU Holding Cell 4 Days No Shower, Due To No Infirmary As Instructed By Hospital. SHU Holding Cell; Urine, Feces & Blood Cover Walls & Floor, Uncontrollable Amount Of <2>

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side). Broken Jaw In 2 Places, Tongue Laceration, 4 Damaged Teeth, 12 Screws With Mouth Wired Shut, 3 Stitches In Chin & Tongue.

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT. The Nature Of The Injuries Are The Results Of Negligence To Duty, Wrongful Acts To Omission Of Statuses & Dr's Orders, & Others Non-Reporting, Aiding &/Or Abetting Trail Of Deliberate Indifferences To Retaliation, By Circumvention. The BOP FOIA 2024-04847 Pgs.1-188 Reflects; On August 13, 2023 FBOP Clinical Encounter Provider EMT-P J. Kamrad Reports, looks To Have a left eye Contusion, blood dripping From his mouth Area. unable to open jaw, or close lower mandible, trying to speak but <2>

| 11. | WITNESSES | |
|---|---|---|
| | NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
| | | |
| | | |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| | $99,999.99 | | $99,999.99 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| FOR: C. L | | 12-11-2024 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

(9) Flies, No Cleaning Supplies & Denied To Be Moved. After Returning To USP Florence From Penrose Hospital @ 8.PM, No Med Staff, No Medical Attention. Due To Counselor Christensen Negligence To Duty & Wrongful Act Of Retaliation < Remedy: 1159958-R1 > A.D & D.S Comingling Omissions & Others Non-Reporting. This Has Become A Trial Of Deliberate Indifferences After Being Already Diagnosted With A Current Past Traumatic Stress Disorder On July 24, 2023 By PhD A. Piegore

(10) unable to speak clearly due to not being able to fully move lower jaw, continues to repeat dyer pain to mouth, sent to oral surgeon on site < Pg. 28-32 >. August 15, 2023 Diagnosis was open Fracture of lower mandible, jaw wired shut, bruised left eye socket, ankles are swollen, orders are For 6 Ensure daily, 2 Percocet BID Starting Now × 4 days, needs to be placed in water & drink with a straw < Pg. 23-27 >. Penrose Hospital Procedure Reports, Pre-operative Diagnosis was left Condyle Head Fracture of the Mandible, Symphysis's Fracture of the Mandible Fracture & at risk For deep venous thranbosis, Spit out piece of Tooth & Front left is loose < Seen initially >. Final Diagnoses; Open Fracture of Jaw, contusion of left eye, Accidental Phenytoin Poisoning, Chin Laceration, Fracture of Dental Implant, Closed Fracture of Tooth, Mouth was to Remain Wired Shut For a minimum of 3 weeks, Amoxicillin Full Liquid Diet 7 Days, Peridex < Chlorhexidine Oral Rinse > BID & Motrin/Norco For Appoximatly 1 week, Back in office 7-10 days For re-evaluation of Healing & Additional Treatment, I believed some of Teeth Fractured No Past Surgical ──── History According To (DDS) Eric Ringer Surgeon Admitting Provider David Douglas Hamilton (MD), CDP) Ysela M Carrillo, ED Provider Notes Dawn Elkive Carlson (MD) - Transcribed by CECOSPH-IME6016 & Dictated by Orton Lorenzo &/or Hashmi, Fahim, Review by Byer S. PA-C < Pg. 162-188 >. August 16, 2023 FBOP Clinical Encounter Provider John McGaugh, This was same day Lt. Tomko was

<2>

(10) Refused His Request to Return Me to Penrose Hospital < Pg. 22 >, November 21, 2023 understanding still had hardware in mouth that may be removed or adjusted < Pg. 5-6 >, November 22, 2023 Same as November 21, 2023 < Pg. 3-4 >, I don't ever recall any Encounters with, never even stoped in Still Rounds For Issues < Camera Check >. August 20, 2023, Med stoped asked about pain medication which had expired, reports still in pain, wishes to continue pain management, an call provider odered to receive tylenol #3 two tablets starting now < Pg. 17-21 >. September 1, 2023 & 29, 2023 & October 20, 2023, FBOP Provider (DDS) reports Sensitive Teeth (NO), Teeth are still sensitive to cold, Toothbrush, & Floss, Bad Breath (NO) Mouth Has Been Wired shut about to be 49 days without A Prescribed Mouthwash, where I have had to swallow vomit that would not push through wire, along with blood & Puss Comeing out of Gums < Pg. 158 >. August 23, 2023 did not receive lunch at all; August 24, 2023 Med Tech Morrow delivers 1 Ensure & 2nd day in a row did not receive lunch at all, eveving delivers 4 Ensures asked Nurse Newson to remove stitches 4 Days Passed Removal Date, stated Moving Couldive, August 27 did not receive breakfast at all, stitches removed from Chin After J. Kanrod notices over grown skin; August 28 did not receive breakfast or lunch at all, C/O Gary states Food service has not been sending it, see what I can do with Regular Troy, received seizure medication First time in 15 days; August 29 did Not recieve breakfast third day in a row, Med Tech Morrow brings 2 Ensures stating I should be able to eat, so medical has cut my Ensure daily amount, Nurse Newson delivers 4 Ensures that eveing, stating my daily Ensure amount has not been changed; August 30 did not receive breakfast fourth day in a row, Med Tech Morrow delivers 4 Ensures, stating she felt bad in regards to Lying about Ensure amount yesterday, due to being lazy & not wanting to carry it, August 31 received breakfast, C/O Gary states Food Service claims to send liquid diet, but do not know what Happens once out of their sight < Camara Check >. September 14, 2023 Food Service changes liquid diet to Apple Sauce; September 17 did not receive dinner; _ _ _ _ or breakfast, gums swelling over & between Teeth < Gum infection >, Notified Medical to no avail; September 18 Notified Medical of broken wire in mouth

<3>

(00) jamming into gun line, no medical attention given, did not receive dinner", August 20 did not receive lunch, spoke with A.W Veda in regards to the mishandling of my meals, C/O Dong states Food Service Admin Henson said I'm on some bitch ass shit, refering to me addressing The A.W about my missing meals. Invasive Dental Report. Pain From September 29, 2023 <Pg.160 To March 13,2024<Pg.150>, September 29, 2023 Report Peridex ordered & Charge Of Tooth paste <Captain Office To Address> due to poor oral hygiene <Pg 109-119> So There Is definitly Bad Breath <Pg 94-97, 91-93, 82-90>, There was way more complaints of pain than mentioned in Cop-Outs Reverted in Foia, September 20 Provider S. Bayer reports discussed & agree Vivitrol/Nature Farmeceuticals Injections would provide Most benefit in current situation <Pg.11>, even though Psych Piegore still did not acknowledge my mental state or ask For help with Medical Neglect, AHSA Lindgren agreed to the effect of Vivitrol pain management to what I'm experiencing still, even with John McKough omissions that lead to False Reports For circumvention convenience, Dentist Roberts put off fixing nerve damage, also other broken teeth From Attack, because I wasn't due For SHU Year check up. After 38 days of logging the omissions of Neglect to these deliberate indifferences to Cope with PTSD, I began avoiding the thoughts because I became to overwelmed to being so defenseless causing sleep disturbances. The Administrative Remedies where being denied, 1159958-R2, 1179784-R1, 1180757-F1 hindering me to continue on Was transferred before Dental Procedure Complete, only to arrive @ USP Victorville & still have to struggle For the Medical Care Doctor ordered, due to omission of duty to delay the completion of the Procedure that warranted the Med Hold, causeing damaged nerves in Teeth to die, 7 months after injury USP Victorville Dental had to Extract due to being to late to save nerve, Dec. 2024 Procedure still not complete, due to 3 more teeth needing Fillings, hindering eating & drinking or touch of objects, such as Toothbrush or Floss, mouth still painful to open, chew, & certain temperature liquids, Feeling unhuman but battleing to be <Admin. Remedy; 1204881-R1/delays without extensions>.

<4>

```
VIPBL          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      11-22-2024
PAGE 002 OF 002 *              SANITIZED FORMAT              *      12:30:43
```

| REMEDY-ID | SUBJ1/SUBJ2 RCV-OFC | ----------------------ABSTRACT---------------------- RCV-FACL     DATE-RCV     STATUS     STATUS-DATE |
|---|---|---|
| 1028365-F1 | 25DM/ LVN | UNIT OFFICER DIDN'T SECURE PROPERTY PROPERLY LVN        06-22-2020     CLO        10-19-2020 |
| 1029955-F1 | 16ZM/ LVN | NOT RECEIVING HIS MAIL AND FAMILY NOT RECEIVING HIS LVN        06-29-2020     CLO        07-17-2020 |
| 1029955-R1 | 16ZM/ NCR | NOT RECEIVING HIS MAIL AND FAMILY NOT RECEIVING HIS LVN        07-08-2020     REJ        07-09-2020 |
| 1029955-R2 | 16ZM/ NCR | NOT RECEIVING HIS MAIL AND FAMILY NOT RECEIVING HIS LVN        07-27-2020     CLO        08-06-2020 |
| 1029955-A1 | 16ZS/ BOP | NOT RECEIVING HIS MAIL AND FAMILY NOT RECEIVING HIS FLP        09-01-2020     CLO        10-21-2020 |
| 1159958-R1 | 34AM/33HM NCR | STAFF COMPLAINT - UNABLE TO FILE ADMIN REMEDIES FLP        05-01-2023     REJ        05-01-2023 |
| 1159958-R2 | 34AM/33HM NCR | STAFF COMPLAINT - UNABLE TO FILE ADMIN REMEDIES FLP        05-19-2023     REJ        05-19-2023 |
| 1179784-R1 | 16BS/ NCR | MAIL COMPLAINTS FLP        10-26-2023     REJ        10-30-2023 |
| 1180757-F1 | 34ZM/ FLP | ALLEGES RETALIATION FROM STAFF FLP        11-08-2023     CLO        12-06-2023 |
| 1204881-F1 | 26AM/ VIP | MEDICAL CARE VIP        07-08-2024     CLO        09-10-2024 |
| 1208573-R1 | 38DM/ WXR | FSA CREDITS EARNED VIP        08-08-2024     REJ        08-08-2024 |
| 1204881-R1 | 26AM/ WXR | MEDICAL CARE AT USP FLORENCE VIP        09-18-2024     CLO        11-07-2024 |

*PROOF OF UNABLE TO FILE @ FLORENCE (ROJECTED BECAUSE FILED AS SENSITIVE)*

*PROOF OF REMEDY PROCESS @ VICTORVILLE (INSTITUTION HAS DELAYED EACH BY 2 MONTH*

```
              12 REMEDY SUBMISSION(S) SELECTED
G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: <u>HENDERSON, CHRISTOPHER, C.</u>        <u>56739-177</u>        <u>EA</u>        <u>USP FLORENCE</u>
      LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

**Part A– INMATE REQUEST**

I AM HAVING ISSUES WITH MY UNIT TEAM COUNSELOR. SINCE BEING PLACED IN SHU DECEMBER 14TH, 2022, COUNSELOR CHRISTENSEN CONTINUES TO DENY MY REQUESTS THAT REQUIRES ONLY HIS ASSISTANCE. COUNSELOR CHRISTENSEN CONTINUES HENDERING MY ADMINISTRATIVE REMEDY PROCESSES BY EITHER PICKIN AND FILING THE REMEDIES LATE, OR NOT FILING THEM AT ALL. COUNSELOR CHRISTENSEN ALSO REFUSES TO PROVIDE ME WITH THE FOLLOWING REMEDY STEPS. COUNSELOR CHRISTENSEN HAS DISCRIMINATED AGAIN ME SEVERELY, AND I'VE SPOKE WITH AS MANY EXECUTIVE STAFF MEMBERS ABOUT MY CONCERNS AS POSSIBLE, TO NO AVAIL. IT HAS BEEN 3 WEEKS SINCE COUNSELOR CHRISTENSEN HAS EVEN MADE A SHU ROUND TO ASSIST INMATE NEEDS (AS OF APRIL 20TH, 2023). (MY PERSONAL ADMIN. REMEDY TRACKING IS INCLUDED, TO SHOW THE MISHANDLING OF MY REMEDIES.)

<u>MAIL COMPLAINT</u> : BP-8 RECEIVED - 2-14-23 / MY PART FILED - 2-15-23 / RETURNED - 2-28-23
      BP-9 RECEIVED - 2-28-23 / MY PART FILED - 3-7-23 / DUE 3-27-23 (NOT YET RETURNED OR RECEIP

<u>MEDICAL COMPLAINT</u> : BP-8 RECEIVED - 3-7-23 / MY PART FILED - 3-7-23 / NEVER RETURNED (COUNSELOR CHRISTENSEN GIVES A VERBAL RESPONSE 14 DAYS LATER STATING, "WRITE THE BP-8 AGAIN.", ON 3-23-23)

<u>UNIT COUNSELOR COMPLAINT</u> : BP-8 RECEIVED - 3-23-23 / MY PART FILED -3-27-23 / (NEVER RETURNED AS OF 4-20-2023)
      BP-9 - REFUSED BY COUNSELOR CHRISTENSEN

MY REASON FOR SENDING THIS DIRECTLY TO REGION IS DUE TO THE MISHANDLING OF MY REMEDIES WITHIN THIS INSTITUTIO I WILL CONTINUE TRYING TO FILE THROUGH THE INSTITUTION, BUT PLEASE NOTE THAT IT IS HARD / IMPOSSIBLE TO FOLLO REMEDY DATES, WHILE BEING DENIED BY COUNSELOR CHRISTENSEN.

<u>April 20TH, 2023</u>        <u>C.H</u>
  DATE        SIGNATURE OF REQUESTER

**Part B– RESPONSE**

**RECEIVED MAY 01 2023**

    DATE        WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**        CASE NUMBER: <u>1159958-R1</u>

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
    LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

    DATE        RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN        PRINTED ON RECYCLED PAPER        BP-229(13)
    APRIL 1982

FROM: HENDERSON, CHRISTOPHER, C.   REG. NO: 56739-177   UNIT: EA   INSTITUTION: USP FLORENCE

PART A - INMATE REQUEST (ATTACHMENT):

PLEASE NOTE, FRIDAY APRIL 21ST 2023 ANOTHER ATTEMPT TO SPEAK WITH BOTH, THE INSTITUTION'S

WARDEN, MS. STARR AND UNIT TEAM COUNSELOR CHRISTENSEN ABOUT MY CONCERNS. MY CONCERNS

WERE AGAIN IGNORED BY WARDEN STARR, AND MY REQUEST OF ADMIN. REMEDY FORMS TO COMPLETE

THE ON-GOING, REMEDY PROCESSES WERE DENIED BY COUNSELOR CHRISTENSEN, AGAIN. AT THIS POINT,

IT IS CLEAR THAT THE ONLY WAY FOR ME TO SUBMIT ADMIN. REMEDY FORMS IS BY MAILING

DIRECTLY TO THE REGIONAL DIRECTOR. ALSO NOTE, I DO NOT HAVE COPIES OF MY BP-8 DUE TO

COUNSELOR CHRISTENSEN REFUSING, TO RETURN IT, NOR WILL HE PROVIDE ME WITH ANY OTHER

REQUEST FORMS. THANK YOU.

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MAY 1, 2023

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTH CENTRAL REGIONAL OFFICE

TO  : CHRISTOPHER CARL HENDERSON, 56739-177
      FLORENCE HIGH USP    UNT: 4 GP    QTR: Z05-139UAD
      PO BOX 7500
      FLORENCE,  CO 81226

FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID       : 1159958-R1       REGIONAL APPEAL
DATE RECEIVED   : MAY 1, 2023
SUBJECT 1       : UNPROFESSIONAL, INAPPROPRIATE CONDUCT OR MISCONDUCT BY STAFF
SUBJECT 2       : ADMINISTRATIVE REMEDY PROCEDURES
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT SUBMIT YOUR REQUEST OR APPEAL ON THE PROPER
                 FORM (BP-9, BP-10, BP-11) (CIRCLE ONE)

REJECT REASON 2: YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION
                 FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE FILING AN APPEAL
                 AT THIS LEVEL.

Received
Admin Remedies

MAY 1 5 2023

USP Florence

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

_Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse._

From: HENDERSON, CHRISTOPHER C.      56739-177      5B      U.S.P. Victorville
      LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A– INMATE REQUEST**

Statement of Facts: I had Surgery on my broken Jaw at Penrose Hospital, the Florence U.S.P. Medical/Dental Staff failed to provied Medical Attention Required and also Failed to provied the medical attention Recommended by Penrose Hospital After Surgery. My Injury process has Not Been Completed, thereFore I have pain in my Jaw at this time, I am in pain constatly, I am suffering Because of U.S.P. Victorville Medical Staff Refusing to see me About my broken Jaw, medical Negligent is being charge, Grounds For Relief: I have the right to dental care as defined in Federal Bureau of Prisons Policy to include Preventative Services, emergency care and routine care, Staff are in violation of my Health Care Rights. Staff are in violation of my right to Report complaints of pain, medical Staff Refused to answer my sick calle Request to have my pain assessed and managed in a timely and medically acceptable manner, Medical Staff are in violation of B.O.P Program Statement Number 3420.11 Standards of Employee Conduct #25- Physical Abuse of an inmate medically, #30 - Preferential treatment of inmates, medically, Relief Request: I am Requesting to be seen by Medical About my broken Jaw immediatly. C-L

DATE May 28 2024 (B.P. 8 Attachment)                SIGNATURE OF REQUESTER

**Part B– RESPONSE**

RECEIVED
JUL 08 2024
BY: VIP WARDENS OFFICE

_____                _____
DATE                                            WARDEN OR REGIONAL DIRECTOR

_If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response._

ORIGINAL: RETURN TO INMATE                CASE NUMBER: 1204881 –F1

                                          CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

_____                _____
DATE                                            RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                    PRINTED ON RECYCLED PAPER                BP–229(13)
                                                                    APRIL 1982

**Request for Administrative Remedy**
**Case No.: 1204881-F1**

This is in response to your Request for Administrative Remedy, received in this office on July 8, 2024, wherein you allege medical negligence. As relief, you are requesting dental treatment for continued jaw pain following a fractured mandible.

A review of your medical record indicates on August 13, 2023, an open reduction with internal fixation of your mandible was performed. You were evaluated on multiple occasions by medical and dental at USP Florence. On November 3, 2023, you were evaluated by the oral surgeon and the recommendation was to follow up with oral surgery in one week. On November 21, 2023, the Clinical Director verified all internal hardware was removed and additional consultation with oral surgery was not indicated.

On December 21, 2023, you were transferred to USP Victorville. You were evaluated by dental on February 14th, 16th, and 21st, March 6th, 13th, and 20th, and May 15, 2024. Short term pain medication orders were provided to you when a dental procedure was performed.

Review of your commissary sales from February 2024 to current, revealed you have not purchased any over the counter (OTC) pain medications. You are encouraged to purchase OTC pain medications such as ibuprofen or acetaminophen. You are also scheduled for a chronic care visit with the physician. Please monitor the call out for your scheduled appointment and discuss this request with the provider at that time.

This response is for informational purposes only. In the event you are not satisfied with this response, you may appeal to the Bureau of Prisons Western Regional Office, 7338 Shoreline Drive, Stockton, CA 95219. Your appeal must be received in that office within 20 days from the date of this response.

_____        9/10/24
C. Lepe, Complex Warden                  Date

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: HENDERSON, Christopher    56739177    5-B    U.S.P. Victorvelle
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL** Medical Neglect, U.S.P Florence. My Rights to Health care was Violated by B.O.P. medical staff at U.S.P. Florence After I Return from an out side Hospital For surgery on my Jaw. Health care Rights Violation, my complaints of pain After surgery in Jaw was neglected. I was coughing up Blood Clots, unable to push clots through wires in Jaw, Neglected by B.O.P. medical staff. On 8-26-2023 stitches in Jaw was not Removed from chin, stitching came out of mouth. Medical Neglect continues, on 9-18-2023 I received no medical Attention For Broken wire in my mouth. Jamming into my gum line. My Health care Rights Violation, BOP staff in Violation of BOP medical policy program statement. BOP staff in Violation program statement No. 3420.11. Standards of employee conduct, Nature of offense's #4 - careless workmanship, #7 - Inattention to Duty, #25 physical Abuse of an inmate, #34 Concealment of material Fact in connection with medical Record, #37 criminal Dishonest.

Relief Request: official Reprimand of Medical staff, Removal - Medical Neglect of inmate Christophe Henderson #56739177.

September 11, 2024
      DATE                                    SIGNATURE OF REQUESTER

**Part B - RESPONSE**

# Received

SEP 18 2024

Western Regional Office

_____    _____
DATE                REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

FIRST COPY: REGIONAL FILE COPY                    CASE NUMBER: 1204881-2

**Part C - RECEIPT**                                CASE NUMBER: _____

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____    _____
DATE                SIGNATURE, RECIPIENT OF REGIONAL APPEAL

UPN LVN                                              BP-230(13)
                                                     JUNE 2002

EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY

DATE: NOVEMBER 22, 2024

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      WESTERN REGIONAL OFFICE

TO  : CHRISTOPHER CARL HENDERSON, 56739-177
      VICTORVILLE USP    UNT: 2 GP    QTR: E53-121L

ADDITIONAL TIME IS NEEDED TO RESPOND TO THE REGIONAL APPEAL
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.

REMEDY ID      : 1204881-R1
DATE RECEIVED  : SEPTEMBER 18, 2024
RESPONSE DUE   : NOVEMBER 17, 2024
SUBJECT 1      : MEDICAL CARE - DELAY OR ACCESS TO
SUBJECT 2      :

1204881-R1
FCC Victorville
Page **1** of **2**

This is in response to your Administrative Remedy Appeal of the Warden's decision dated September 10, 2024. You allege medical/dental neglect while incarcerated at USP Florence related to your broken jaw concerns. Specifically, you claim you were neglected postoperative care for your broken jaw and claim the process has not been completed. Furthermore, you allege you experience jaw pain and state FCC Victorville is refusing to evaluate you for your concerns. As a relief, you are requesting official reprimand and/or removal of staff.

Your appeal has been investigated. A thorough review of your medical record was performed and revealed your medical condition is monitored through Sick Call and Chronic Care Clinic (CCC) for Neurology and Pulmonary/Respiratory concerns.

A review of your health records revealed the following:

On August 13, 2023, while incarcerated at USP Florence, you were evaluated by a provider during an injury assessment. Examination revealed laceration to lower mandible; you were referred out to the local hospital for further evaluation. You were treated for open fracture of jaw; Open Reduction and Internal Fixation (ORIF) of anterior mandible was performed and the recommendation was for hardware to remain wired shut for a minimum of three (3) weeks. On August 15, 2023, you were discharged in stable condition to USP Florence. Upon your return you were evaluated, and postoperative care was provided locally. Additionally, on September 25, 2023, and November 3, 2023, you were evaluated by an Oral Surgeon for follow-up care.

On November 21, 2023, you provider verified all internal hardware had been removed. Based on the clinical information available when the healthcare provider performed the evaluated and/or reviewed your medical record, additional consultations were not indicated. Our investigation revealed, you were evaluated on November 24, 2023, during a Dental Sick Call with no jaw pain related complaints.

On December 21, 2023, you arrived at FCC Victorville. You were evaluated by the Dental Department on February 16, 2024; March 6, 2024; March 13, 2024; March 20, 2024; and May 15, 2024. Our investigation revealed no further jaw pain related complaints. There is insufficient evidence to substantiate your claim of being denied dental care.

There does not appear to be any documented complaints regarding your jaw pain concerns for a new evaluation beyond the submission of your Administrative Remedy. The submission of an Administrative Remedy is not a process which includes referrals for Sick Call. Therefore, if you wish to discuss any additional concerns, recent treatment, or the next step in your continued care prior to your next scheduled CCC, you should submit a Sick Call request following the local procedures.

The Bureau of Prisons takes allegations of employee misconduct seriously. All employees are held to a high standard of treating inmates fairly, impartially, and humanely. Employee misconduct allegations are reviewed, and, if a determination is reached that an investigation is warranted, it is referred to the proper investigating authority. However, information concerning employee conduct and performance is protected by the Privacy Act, 5 U.S.C. §552(a).

**U.S. Department of Justice**

**Federal Bureau of Prisons**

**Central Office Administrative Remedy Appeal**

(BP-9 BP-10 with Response Attach No: 1204881-F1, 120 4881-R1 P1-2)

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Henderson, Christopher    56739177    5-B    U.S.P. Victorville
_LAST NAME, FIRST, MIDDLE INITIAL_    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL**

Statement of Facts: Medical Neglect, My Rights to health care is being Violated by B.O.P. medical Staff, After I Return from an out side Hospital for surgery on my Jaw, My complaints of pain After surgery in Jaw was neglected and at this time is still being neglected.

Grounds For Relief: Response to BP-9- Remedy Case No: 1204881-F1 (paragraph 4) States As of 9-10-3024 "You are also scheduled For A chronic care Visit with the physician, PLEASE monitor the call out for your scheduled appointment . . ;. ">, As to Date this scheduled call out appointment has Not happen, Health Care Rights Violation, B.O.P. Staff in Violation of BOP medical policy program Statement, Violation Program Statement No: 3420.11 standards of Employee conDut, Nature of offence's #4 - careless work man ship. #7 - Inattention to Duty; #25 physical Abuse of an inmate, No.34 Concealment of Material Fact in connection with medical Record, No: 37 Criminal, Dishonest,

Relief Request: official Reprimand of medical staff, Reverse the medical Neglect of inmate Christopher Henderson #56739177, Scheduled Appointment with the physician,

12-7-3024
_DATE_    _SIGNATURE OF REQUESTER_

**Part B - RESPONSE**

_DATE_    **GENERAL COUNSEL**

**ORIGINAL: RETURN TO INMATE**    **CASE NUMBER:** _____

**Part C - RECEIPT**

**CASE NUMBER:** _____

Return to: _____
_LAST NAME, FIRST, MIDDLE INITIAL_    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_DATE_    **SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL**

USP LVN    PRINTED ON RECYCLED PAPER    BP-231(13)
JUNE 2002

EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY


DATE: JANUARY 8, 2025



FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : CHRISTOPHER CARL HENDERSON, 56739-177
      VICTORVILLE USP     UNT: 2 GP     QTR: E53-121L



ADDITIONAL TIME IS NEEDED TO RESPOND TO THE CENTRAL OFFICE APPEAL
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.


REMEDY ID      : 1204881-A1
DATE RECEIVED  : DECEMBER 23, 2024
RESPONSE DUE   : FEBRUARY 21, 2025
SUBJECT 1      : MEDICAL CARE - DELAY OR ACCESS TO
SUBJECT 2      :